334 A.2d 248

**In re Earl T. GRANT, Jr., et al., Appellees,**

**v.**

**Robert S. BUCK et ux., Appellants.**

Supreme Court of Pennsylvania.

Submitted Jan. 14, 1974.

Decided March 18, 1975.

Henry G. Hager, 3rd, Williamsport, Norman R. Bradley, Philadelphia, Stuart, Murphy, Hager & Smith, Williamsport, for appellants.

Robert C. Steiger, Philadelphia, for appellees, Earl T. Grant, Jr., et al.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Each party to pay own costs.